**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CP Holdings LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2386188** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3141 Hood Street, Suite 220**<br>**Dallas, TX 75219**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Dallas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **CP Holdings LLC**                                          Case number (*if known*) _____
         _____
             Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6231__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor   **See Annex 1**                          Relationship   **Affiliate**

District   **Delaware**          When _____   Case number, if known _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor   **CP Holdings LLC**                                              Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

         Contact name     _____

         Phone            _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 20, 2021__
MM / DD / YYYY

**X** *Marc A. Weinsweig*  **Marc Weinsweig**
Signature of authorized representative of debtor   Printed name

Title  **Independant Manager**

**18. Signature of attorney**

**X** */s/ Patrick J. Reilley*  Date **June 20, 2021**
Signature of attorney for debtor   MM / DD / YYYY

**Patrick J. Reilley**
Printed name

**Cole Schotz P.C.**
Firm name

**500 Delaware Avenue, Suite 1410**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-652-3131**   Email address  **preilley@coleschotz.com**

**No. 4451 DE**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

## ANNEX 1

### SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code.  Substantially contemporaneously with the filing of these petitions, these entities filed a motion requesting that their respective chapter 11 cases be jointly administered for procedural purposes only.

| Debtors | Federal Employer Identification Number |
|---|---|
| CP Holdings LLC | 46-2386188 |
| Pacrim U.S. LLC | 99-0360479 |

## CP HOLDINGS LLC AND PACRIM U.S. LLC

### (Chapter 11 Bankruptcy Petition)

---

### WRITTEN CONSENT OF THE INDEPENDENT MANAGER

---

The undersigned, being the sole independent manager (the "Manager") of each of CP HOLDINGS LLC, a Nevada limited liability ("CP Holdings"), and Pacrim U.S. LLC, a Delaware limited liability company ("Pacrim", and together with CP Holdings, the "Companies", and each individually a "Company"), does hereby consent to and adopt the following resolutions as of June 20, 2021:

### (Chapter 11 Bankruptcy Petition)

**WHEREAS**, in light of the current financial condition of the Companies, the Manager has investigated, discussed and considered options for addressing each Company's financial challenges and, in order to maximize value for each Company's stakeholders, has concluded that it is in the best interests of each Company, their respective creditors, employees and other interested parties that a petition be filed by each Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW THEREFORE, BE IT:**

**RESOLVED**, that in the judgment of the Manager, and in order to maximize value for each Company's stakeholders, it is desirable and in the best interests of each Company, their respective creditors, employees and other interested parties that a petition be filed by the Company in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") seeking relief under the Bankruptcy Code; and it is further

**RESOLVED**, that Marc Weinsweig, in his capacity as the independent Manager and authorized signatory of each Company (the "Authorized Signatory"), be, and hereby is, authorized, empowered and directed, in the name and on behalf of each Company, to execute, verify and file in Bankruptcy Court all petitions, schedules, lists and other papers or documents, and to take and perform any and all further actions and steps that the Authorized Signatory deems necessary, desirable and proper in connection with each Company's case under the Bankruptcy Code, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that the Authorized Signatory, on behalf of each Company, be, and hereby is, authorized, empowered and directed to retain the law firm of Cole Schotz P.C. ("CS") as bankruptcy counsel to represent and assist the Companies in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Companies rights in connection therewith, and the Authorized Signatory is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of CS; and it is further

**RESOLVED**, that the Authorized Signatory, on behalf of the Company, be, and hereby is, authorized, empowered and directed to retain the services of Anderson LeNeave & Co. ("Anderson LeNeave") as the investment banker for each Company with respect to restructuring matters, and in connection therewith, the Authorized Signatory is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Anderson LeNeave; and it is further

**RESOLVED**, that the Authorized Signatory, on behalf of each Company, be, and hereby is, authorized, empowered and directed to employ any other professionals necessary to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Signatory is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is further

**RESOLVED**, that the Authorized Signatory, on behalf of each Company, be, and hereby is, authorized, empowered and directed to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Signatory to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case, including causing each Company to enter into one or more restructuring transactions, including without limitation the DIP Financing (as hereinafter defined) (each a "Restructuring Transaction"); and it is further

**RESOLVED**, that the Authorized Signatory is hereby authorized and empowered, in the name of and on behalf of each Company, to take actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance of any agreements, certificates, instruments, receipts, petitions, motions or other papers or documents in furtherance of any Restructuring Transaction to which each Company is or will be a party, including, but not limited to, any management agreements, Chapter 11 plan, disclosure statement, asset purchase agreement, and all exhibits and/or ancillary documents related thereto (collectively, the "Restructuring Documents"); and it is further

**RESOLVED**, that the Authorized Signatory is hereby authorized and empowered in the name of, and on behalf of each Company to take any and all actions to (i) obtain bankruptcy court approval of the Restructuring Documents in connection with any Restructuring Transaction, and (ii) obtain bankruptcy court approval of any Restructuring Transaction.

### (Debtor-in-Possession Financing)

**WHEREAS,** in the judgment of the Manager, it is desirable and in the best interests of each Company, its creditors and other interested parties that the Companies obtain post-petition debtor-in-possession financing pursuant to the terms of the DIP Agreement (as hereinafter defined).

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Authorized Signatory, on behalf of each Company, be, and hereby is, authorized, empowered and directed to (a) obtain post-petition financing from Tor Asia Credit Master Fund LP ("Lender") pursuant to that certain Debtor-in-Possession Credit Agreement by and among each Company and Lender (the "DIP Agreement"), which shall provide for a debtor-in-possession credit facility with a maximum availability of up to $3 million and the use of cash collateral (the "DIP Financing"); (b) provide adequate protection to Lender and incur obligations related thereto and to pledge and grant liens on the assets of each Company, as may be contemplated by or required under the terms of such DIP Financing; and (c) execute the DIP Agreement and any appropriate cash collateral agreements, related ancillary documents, supplemental agreements, instruments, amendments, restatements, amendment and restatements, modifications, renewals, replacements, consolidations, substitutions, extensions, security agreements, pledges, guarantees, bills, notes, or certificates on behalf of each Company which shall be necessary, proper or advisable under or in connection with any of the foregoing.

**(General Resolutions)**

**RESOLVED**, that all action heretofore taken and all documentation heretofore delivered by the Managers of the Companies and/or the Authorized Signatory, or any other duly authorized officer of the Companies in the name and on behalf of each Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

**RESOLVED**, that this Written Consent shall serve in lieu of a special meeting of the Managers of the Companies, and the undersigned hereby waive all requirements as to notice of a meeting; and it is further

**RESOLVED**, that this Written Consent may be executed by facsimile, telecopy or other electronic means or reproduction, and such execution shall be considered valid, binding and effective for all purposes; and it is further

**RESOLVED,** that this Written Consent may be executed in any number of counterparts, each of which shall be deemed an original and all of which taken together shall constitute one and the same instrument.

[The remainder of this page is intentionally left blank.]

3

62815/0001-40887411v2

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent of the Independent Manager of CP HOLDINGS LLC and PACRIM U.S. LLC as of the date first set forth above.


_____
Marc Weinsweig

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CP HOLDINGS LLC, | Case No. 21- (__) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT AND**
**LIST OF EQUITY INTEREST HOLDERS**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, set forth below are the corporate entities that (i) directly or indirectly own 10% or more of any class of CP Holdings LLC's equity interests, as of June 20, 2021; and (ii) their addresses and nature of equity interests:

| Shareholder/Equity Owner | Address | Membership Interest Percentage |
|---|---|---|
| PCII Holdings LLC | 3141 Hood Street, Suite 220, Dallas, TX 75219 | 100% |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>CP Holdings LLC, <i>et al.</i></b></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   <b>DISTRICT OF DELAWARE</b></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of Commerce 101 W. Main Street P.O. Box  538 Chanute, KS 66720** | **Ken Lickteig** **klickteig@sekbank. com 620-431-1400** | **Loan Guaranty** | **Contingent** | | | **$2,217,135.29** |
| **Southside Bank 1201 S. Beckham Avenue Tyler, TX 75701** | **Landon Brim** **Landon.Brim@Sou thside.com 817-228-8296** | **Loan Guaranty** | **Contingent** | | | **$2,197,861.90** |
| **Bank of Commerce 101 W. Main Street P.O. Box  538 Chanute, KS 66720** | **Ken Lickteig** **klickteig@sekbank. com 620-431-1400** | **Loan Guaranty** | **Contingent** | | | **$176,074.35** |
| **SDE LLC Steven Hsu, Manager 535 S. Parish Place Burbank, CA 91506** | **Joe Velarde** **joe@cilv.com (702) 454-7788** | **Trade Debt** | **Disputed** | | | **$27,137.00** |
| **CliftonLarsonAllen c/o Allen Williams 5001 Spring Valley Road, Suite 600W Dallas, TX 75244** | **Allen Williams** **allen.williams@CL Aconnect.com 972-383-5700 x25728** | **Professional Services** | | | | **$21,525.00** |
| **Robert Boone c/o Brock & Stout, LLC 6336 Woodmere Blvd. Montgomery, AL 36117** | **Michael Brock** **bankruptcy@brock andstoutlaw.com 334-265-7355** | **Legal Demand** | **Contingent Unliquidated Disputed** | | | **$10,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

| Debtor | **CP Holdings LLC, *et al.*** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SNI Companies c/o Jill Mok AR/Collections Manager 7301 N. State Highway 161, Suite 250 Irving, TX 75039** | **Jill Mok** **jmok@snicompanies.com 954.907.5592** | **Trade Debt** | **Disputed** | | | **$9,000.00** |
| **Parity Consultants, LLC 2785 Rockbrook Dr. Suite 106 Lewisville, TX 75067** | **c/o Brad Wilson Fax: 682.292.1919 Main Office: 469-240-5090 Email: brad.wilson@parity.us.com** | **Trade Debt** | | | | **$7,487.78** |
| **Benchmark Design Group, LLC 2026 - B Republic Drive Tyler, TX 75701** | **(903)534-5353** | **Trade Debt** | | | | **$4,600.00** |
| **MetLife Group Benefits P.O. Box 803323 Kansas City, MO 64180-3323** | | **Employee Benefits** | | | | **$3,033.26** |
| **Lisa Gann 2121 Steeplewood Drive Grapevine, TX 76051** | **Lisagan7@gmail.com 817-300-8084** | **Employee Wages** | | | | **$2,709.41** |
| **Automatic Data Processing, Inc. 1 ADP Boulevard Roseland, NJ 07068** | | **Payroll Processing** | | | | **$2,255.49** |
| **Reliance Standard 590 Madison Avenue New York, NY 10022** | | **Employee Benefits** | | | | **$2,012.29** |
| **Avalonpark Texas, L.P., 9300 Vera Cruz, Austin TX 78737** | | **Trade Debt** | **Disputed** | | | **$1,000.00** |
| **Fidelity Security Life Insurance P.O. Box 632530 Cincinnati, OH 45263-2530** | | **Employee Benefits** | | | | **$664.95** |
| **Time Warner Cable P.O. Box 60074 City of Industry, CA 91716-0074** | | **Trade Debt** | | | | **$268.54** |
| **One Uptown Venture, LLC ,2619 MCKINNEY AVE., DALLAS, TX 75204** | **Caitlin Tyner Leasing Director P. 214.468.0001 CTYNER@ONEUPTOWN.COM** | **Trade Debt** | **Disputed** | | | **$200.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **CP Holdings LLC, *et al.***
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kathleen Sudsberry c/o Johnson Law Firm, LLC 60 Court Square West Centreville, AL 35042** | **Anthony B. Johnson, Esq.** **johnsonlaw@bellsouth.net 205-926-4674** | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CP Holdings LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    **Corporate Ownership Statement and List of Equity Interest Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2021**            X  *Marc A. Weinsweig*
                                            Signature of individual signing on behalf of debtor

                                            **Marc Weinsweig**
                                            Printed name

                                            **Independant Manager**
                                            Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**