# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CP HOLDINGS LLC, *et al.*, | 21-10950 (LSS) |
| Debtors.[1] | (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), Ropes & Gray, LLP ("Ropes & Gray") and Bayard, P.A. ("Bayard") hereby enter their appearance in the above-referenced chapter 11 cases (the "Chapter 11 Cases") as counsel to Tor Asia Credit Master Fund LP (the "Tor Asia"), and hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the Chapter 11 Cases and copies of all papers served or required to be served in the Chapter 11 Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Tor Asia through service upon Ropes & Gray and Bayard at the address and emails set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: CP Holdings LLC (6188) and Pacrim U.S. LLC (0479). The Debtors' mailing address is 3141 Hood Street, Suite 220, Dallas, TX 75219 c/o Sean Broadbent (solely for purposes of notices and communications).

| | |
|---|---|
| **BAYARD, P.A.**<br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19899<br>Telephone: (302) 429-4200<br>Email: efay@bayardlaw.com<br>            gflasser@bayardlaw.com | **ROPES & GRAY LLP**<br>Gregg M. Galardi<br>Kevin Liang<br>1211 Avenue of the Americas,<br>New York, New York 10036<br>Telephone: (212) 596-9000<br><br>Andrew Devore<br>Prudential Tower, 800 Boylston Street<br>Boston, Massachusetts 02199<br>Telephone: (617) 951-7000<br><br>Stephen L. Iacovo<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Email:  Gregg.Galardi@ropesgray.com<br>            Andrew.Devore@ropesgray.com<br>            Kevin.Liang@ropesgray.com<br>            Stephen.Iacovo@ropesgray.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the Chapter 11 Cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Tor Asia's (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the

United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Tor Asia is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: June 21, 2021
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 N. King Street, Suite 400
Wilmington, Delaware 19899
Telephone: (302) 429-4200
Email: efay@bayardlaw.com
gflasser@bayardlaw.com

-and-

**ROPES & GRAY LLP**
Gregg M. Galardi
Kevin Liang
1211 Avenue of the Americas,
New York, New York 10036
Telephone: (212) 596-9000

Andrew Devore
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000

Stephen L. Iacovo
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Email: Gregg.Galardi@ropesgray.com
Andrew.Devore@ropesgray.com
Kevin.Liang@ropesgray.com
Stephen.Iacovo@ropesgray.com

*Attorneys for Tor Asia Credit Master Fund LP*