**Schedule A**

| DATE | DEADLINE/EVENT |
|---|---|
| August 27, 2021 | Assumption Notice Deadline |
| September 24, 2021 at 4:00 p.m. (ET) | Contract Objection Deadline[1] |
| October 4, 2021 at 5:00 p.m. (ET) | Deadline (1) for the submission of Qualifying Bids, (2) for the Stalking Horse Purchaser and any Qualifying Bidder to Designate Selected Purchased Contracts and (3) for the Stalking Horse Purchaser and any Qualifying Bidder to Provide Adequate Assurance Information |
| October 6, 2021 | Deadline for Debtors to Designate Qualifying Bids and Baseline Bid |
| October 7, 2021 at 10:00 a.m. (ET) | Auction (if necessary) |
| October 11, 2021 at 4:00 p.m. (ET) | Sale Objection Deadline and Adequate Assurance Objection Deadline[1] |
| October 21, 2021 at 4:00 p.m. | Debtors' Deadline to Reply to Sale Objections |
| As soon as practicable after completion of the Auction | Deadline to File and Serve Notice of Winning Bidder |
| October 26, 2021 at 10:00 a.m. | Sale Hearing |
| November 12, 2021 | Sale Closing |

---

[1] The Sale Objection Deadline and Contract Objection Deadline apply to all objections to the sale of the Purchased Assets and the assumption and assignment of the Purchased Contracts, respectively, with the exception of objections related to adequate assurance of future performance by the Stalking Horse Purchaser or a Winning Bidder *other than* the Stalking Horse Purchaser.